STATE OF CONNECTICUT *v.* LAWSON W. ROWE

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Howard R. Steeg,* in support of the petition.

*Francis M. McDonald,* in opposition.

Submitted April 18—decided October 31, 1962

STATE OF CONNECTICUT *v.* THOMAS R. BALESANO

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Louis F. Chrostowski,* in support of the petition.

Submitted October 31—decided October 31, 1962

STATE OF CONNECTICUT *v.* JOSEPH S. BRAMANTE

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Peter J. Zaccagnino, Jr.,* in support of the petition.

*John J. Devine, Jr.,* in opposition.

Submitted September 18—decided October 31, 1962